IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE D. HERNANDEZ | § | |
|    TDCJ-CID #10048782 | § | |
| | § | |
| VS. | § | C.A. NO. C-08-110 |
| | § | |
| SPOHN MEMORIAL HOSPITAL, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal, plaintiff's claims are dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). This is a Final Judgment.

ORDERED this 13th day of August, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE